IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLIE POER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:12-cv-02246-AKK |
| | ) |
| DONOVAN FINGAR, LLC; | ) |
| WOODLAND VILLAGE CONDO | ) |
| ASSOCIATIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL**

A settlement having been reached between the parties, it is hereby stipulated that the above-styled action may be dismissed with prejudice, the parties to bear their own costs.

Dated this the 17th day of July, 2012.

David Lee Hubbard
Attorney for Plaintiff

OF COUNSEL:
**Hubbard Law Firm**
2301 Morris Avenue, #213
Birmingham, Alabama 35203
(205) 994-2252
hubbard@dlhlawfirm.com

James C. Gray, III, Esq. (ASB-0584-R53J)
Laura C. Nettles, Esq. (ASB-5805-S63L)
Attorney for Defendant Woodland Village
Condo Associations, Inc.

**OF COUNSEL:**
**Lloyd, Gray, Whitehead & Monroe, P.C.**
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822
jgray@lgwmlaw.com
lnettles@lgwmlaw.com

_/s/ Joseph E. Stott_
Joseph E. Stott - (ASB-4163-T71J)
Attorney for Defendant Donovan Fingar, LLC

**OF COUNSEL:**
**Scott, Sullivan, Streetman & Fox, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675
jstott@sssandf.com